

# Microsoft Information Protection

This document uses encryption powered by Microsoft Information Protection. You're seeing this page either because you are not authorized to view its content or are using an unsupported PDF viewer.

To open this document, use a PDF viewer that supports Azure Rights Management or contact the document owner to grant you permissions.

Learn about PDF documents protected by Microsoft Information Protection.

Microsoft respects your privacy. Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

Read our privacy statement.